UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LAURENE LYNETTE WALDHERR,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C25-5724-SKV<br><br>[~~PROPOSED~~] ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will direct the Administrative Law Judge to:

- Give further consideration to the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c. As appropriate, the Administrative Law Judge may request the medical source(s) provide additional evidence and/or further clarification of the opinion(s). 20 C.F.R. §§ 404.1520b,

Page 1      [~~PROPOSED~~] ORDER - [C25-5724-SKV]

416.920b. The Administrative Law Judge may enlist the aid and cooperation of the claimant's representative in developing evidence from the claimant's medical sources.

- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 23rd day of December, 2025.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ John B. Drenning
JOHN B. DRENNING
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
john.drenning@ssa.gov

Page 2   [PROPOSED] ORDER - [C25-5724-SKV]